BEFORE THE FIRST DIVISION, FEBRUARY 20, 1968

**No. P68/71.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 66/3192(A) (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of HO gauge railroad equipment accessories similar in all material respects to those

the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.